# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

---

No. 16-15664

---

**FURSTENBERG FINANCE SAS,
MARC BATAILLON,**
*Plaintiffs-Appellees*,

versus

**LITAI ASSETS LLC,**
*Respondent-Appellant.*

---

Appeal from the United States District Court
For the Southern District of Florida
2:16-mc-60266-Bloom

---

**MOTION TO TRANSFER CONSIDERATION OF ATTORNEY'S FEES
ON APPEAL TO THE DISTRICT COURT**

---

PHILIP E. ROTHSCHILD
HOLLAND & KNIGHT LLP
515 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
(954) 525-1000
phil.rothschild@hklaw.com

WARREN E. GLUCK
SEAN P. BARRY
STOSH SILIVOS
ELLIOT A. MAGRUDER
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
(212) 513-3200
warren.gluck@hklaw.com

*Attorneys for Plaintiffs-Appellees*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Counsel for Appellees, Marc Bataillon and Furstenberg Finance SAS, hereby certify that, to the best of their knowledge, the following is a complete list of the persons and entities that have an interest in the outcome of this case:

Acheron Capital Limited

Acheron Portfolio Corporation (Luxembourg) SA

Ahmose S.A.

Arendt & Medernach

AXS Law Group PLLC

Barry, Sean

Bataillon, Marc

Beissel, Pierre

Bloom, Beth, Hon., United States District Court Judge

Bonnet, Erich

Furstenberg Capital SCA

Furstenberg Finance SAS

Furstenberg SARL

Furstenberg UK Ltd.

Gluck, Warren E.

Grasso, Rosario

i

Gunster Yoakley & Stewart, P.A.

Gutchess, Jeffrey W.

Holland & Knight LLP

Julin, Thomas R.

Kalfon, Eric

Kleyr Grasso

Litai Assets LLC

Magruder, Elliot

Nauta Dutilh

Paul, Jean-Michel

Quattromani, Lauren

Rothschild, Philip E.

Prum, Francois

Samuel, Jan-Eric

Sabatier, Roman

Silivos, Stosh

Spital, Samuel

Tropin, Daniel E.

Turk & Prum

<u>Parent Companies:</u>  Counsel for Applicants-Appellees, Marc Bataillon and Furstenberg Finance SAS, certify that Furstenberg UK Ltd. is the parent company of Applicant-Appellee Furstenberg Finance SAS.

<u>Publicly Held Corporations:</u>  No publicly held corporation owns more than 10% of Applicant-Appellee Furstenberg Finance SAS' or Furstenberg UK Ltd.'s stock.

Pursuant to 11th Cir. R. 39-2(d)-(e), Plaintiffs-Appellees Furstenberg Finance SAS and Marc Bataillon ("Appellees") move this Court to transfer consideration of attorneys' fees on appeal to the Unites States District Court for the Southern District of Florida.

**I.    BACKGROUND**

On July 27, 2016, the district court issued an order denying Respondent-Appellant Litai Assets, LLC's ("Litai") motion to quash certain subpoenas, granting Appellees' cross-motion to compel production, and awarding Appellees' attorneys' fees and costs. DE 30: 14. Litai appealed that decision to this Court and moved to stay discovery pending appeal. The district court—like this Court—denied Litai's stay application, but the district court noted that it would "reserve on the issue of attorney's fees pending mandate from the Eleventh Circuit." DE 36: 4. On October 31, 2017, the district court granted Appellees' second motion to compel discovery and again awarded Appellees' attorneys' fees and costs. DE 73: 14. Appellees' third motion to compel and for contempt is fully briefed and pending resolution by the district court. Further discovery, including a deposition of Litai's president, has already been ordered.

On December 15, 2017, this Court issued a published opinion affirming the district court's order, which included an award of attorneys' fees. Opinion, *Furstenberg Finance SAS v. Litai Assets LLC*, No. 16-15664-DD, 877 F.3d 1031

(11th Cir. Dec. 15, 2017). On January 16, 2018, this Court issued its mandate decreeing that the December 15 opinion was entered as the judgment of this Court, which the district court had awaited prior to determining the quantum of fees (having already determined that Litai is responsible for fees twice). Moreover, Litai made the same unmeritorious arguments in this appeal that prompted the award of attorneys' fees by the district court.

Under the circumstances, Appellees respectfully request that this Court to transfer consideration of attorneys' fees on appeal to the Unites States District Court for the Southern District of Florida pursuant to 11th Cir. R. 39-2(d)-(e).

## II.  ARGUMENT

This Court's local rules, specifically 11th Cir. R. 39-2, provide for the district court to consider the propriety and quantum of Appellees' application for attorney's fees incurred during Litai's appeal:

> (d) Motion to Transfer. Any party who is or may be eligible for attorney's fees on appeal may, within the time for filing an application provided by this rule, file a motion to transfer consideration of attorney's fees on appeal to the district court or administrative agency from which the appeal was taken.
>
> (e) Remand for Further Proceedings. When a reversal on appeal, in whole or in part, results in a remand to the district court for trial or other further proceedings (e.g., reversal of order granting summary judgment, or denying a new trial), a party who may be eligible for attorney's fees on appeal after prevailing on the merits upon remand may, in lieu of filing an application for attorney's fees in this court, request attorney's fees for the appeal in a timely application filed with the district court upon disposition of the matter on remand.

2

11th Cir. R. 39-2(d)-(e).  11th Cir. R. 39-2(d) provides this Court with authority to transfer consideration of attorney's fees on appeal to the district court from which the appeal was taken.  *See, e.g.*, *Laboss Transportation Services, Inc. v. Global Liberty Insurance Company of New York*, No. 16-16537-DD, 2017 WL 4843180, at *1 (11th Cir. May 11, 2017) (transferring the issue of appellate attorney's fees and costs to the district court pursuant to 11th Cir. R. 39-2(d)).

Here, based on judicial efficiency and the impending district court determination of the amount of attorney's fees and costs due to Appellees, a transfer to the district court is warranted.

11th Cir. R. 39-2(e), entitled "Remand for Further Proceedings," should also apply here.  This Court's affirmance of the district court's order did not completely resolve the matter; instead, it confirmed that the district court properly authorized the discovery that is the basis of the ongoing proceeding before the district court. *Furstenberg Finance*, 877 F.3d at 1034 n.3 (noting that the district court discovery proceeding is ongoing).

Importantly for purposes of this motion, the district court is expected to undergo a determination of the amount of attorney's fees and costs due to Appellees now that the mandate has issued.  As such, this Court's affirmance of the district court's order had the same practical effect as a remand, rendering 11th Cir. R. 39-2(e) applicable.

3

## III. **CONCLUSION**

Appellees respectfully request that this Court transfer consideration of Appellees' attorney's fees on appeal to the United States District Court for the Southern District of Florida.

Dated: January 19, 2018

                                          Respectfully submitted,

                                          HOLLAND & KNIGHT LLP

                                          /s/ *Philip E. Rothschild*
                                          Philip E. Rothschild, Esq.
                                          HOLLAND & KNIGHT LLP
                                          515 East Las Olas Boulevard
                                          Suite 1200
                                          Fort Lauderdale, FL 33301
                                          Tel: (954) 525-1000
                                          Fax: (954) 463-2030
                                          Email: phil.rothschild@hklaw.com

                                          */s/ Warren E. Gluck*
                                          Warren E. Gluck, Esq.
                                          Sean Barry, Esq.
                                          Stosh Silivos, Esq.
                                          Elliot Magruder, Esq.
                                          HOLLAND & KNIGHT LLP
                                          31 W. 52nd St.
                                          New York, NY 10019
                                          Tel: (212) 513-3200
                                          Fax:(212) 385-9010
                                          Email:   warren.gluck@hklaw.com
                                                            sean.barry@hklaw.com
                                                            stosh.silivos@hklaw.com
                                                            elliot.magruder@hklaw.com

*Attorneys for Plaintiffs-Appellees Furstenberg Finance SAS and Marc Bataillon*

## **CERTIFICATE OF COMPLIANCE**

This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) and 11th Cir. R. 32-4, this document contains a total of 756 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word with size 14 Times New Roman font.

This certification is made on this 19th day of January, 2018.

>     */s/ Philip E. Rothschild*
>     Philip E. Rothschild

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel for the Appellant via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Philip E. Rothschild*
Philip E. Rothschild